# EXHIBIT "A"

EXHIBIT "A"

PO Box 1596
Oaks, PA 19456

**Malcolm S. Gerald and Associates, Inc.**
332 South Michigan Avenue, Suite 600
Chicago, Illinois 60604
312-922-6500 Fax 312-922-7869
800-265-3796
M-F 8:00AM-9:00PM Sat 8:00AM-2:00PM

04/24/15

Original Account # XXXXXXXXXXXX6853
File #: 735
Original Creditor: HSBC BANK NEVADA, N.A.
Balance Due: $869.51
MSG #: 12624149
Charge Off Date: 07/31/2007

**Balance Itemization**
Principal Balance $615.41
Interest Balance $254.10
Cost Balance $.00
Fee Balance $.00

STEVE HOLZMAN
14188 WELLINGTON TRCE
WELLINGTON FL 33414-8658

Please be advised that LVNV FUNDING LLC, the Current Creditor-Debt Purchaser has purchased the account referenced above.  LVNV FUNDING LLC has placed your account with us for collection.

Malcolm S. Gerald and Associates wants to help you resolve your delinquent account with LVNV FUNDING LLC. We would like to offer you a balance reduction to 30% of the balance due listed above. We will be able to accept $260.85 as a reduced payment in full on your account. To take advantage of this offer, the reduced amount listed must be received in our office no later than 05/31/2015. We are not obligated to renew this offer.

This communication is from a debt collector.  This is an attempt to collect a debt.  Any information obtained will be used for this purpose.

Make check payable to: Malcolm S. Gerald and Associates, Inc.  If you would like to pay online, you may do so at https://msgpayments.com.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

---

Please tear along the fold and return this portion with your payment.

Original Account # XXXXXXXXXXXX6853
File #: 735
Original Creditor: HSBC BANK NEVADA, N.A.
Balance Due: $869.51
MSG #: 12624149
Charge Off Date: 07/31/2007

IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW
☐ VISA       ☐ MASTERCARD
CARD NUMBER      EXP. DATE      AMOUNT
SIGNATURE         MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD
CARDHOLDER NAME

STEVE HOLZMAN
14188 WELLINGTON TRCE
WELLINGTON FL 33414-8658

Malcolm S. Gerald and Associates Inc.
332 South Michigan Avenue
Suite 600
Chicago, IL 60604

112654-R51A-5089

# PRIVACY NOTICE

This Privacy Notice is being given on behalf of each of the following related companies (the "Sherman Companies"). It describes the general policy of the Sherman Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Sherman Acquisition Limited Partnership | Resurgent Capital Services L.P. | Anson Street LLC |
| Sherman Acquisition II Limited Partnership | Resurgent Capital Services PR LLC | Ashley Funding Services LLC |
| Sherman Acquisition L.L.C. | LVNV Funding, LLC | SFG REO, LLC |
| Limestone Asset Management LLC | Ascent Card Services, LLC | PYOD LLC |
| Granite Asset Management LLC | Ascent Card Services II LLC | |

**Information We May Collect.** The Sherman Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.** At the Sherman Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates** From time to time, the Sherman Companies may share collected information about customers and former customers with each other in connection with administering and collecting accounts to the extent permitted under the Fair Debt Collection Practices Act.

**Sharing Collected Information with Third Parties** The Sherman Companies do not share collected information about customers or former customers with third parties, except as permitted in connection with administering and collecting accounts under the Fair Debt Collection Practices Act.     030211

112654-R51A-5090

The Communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

PURSUANT TO PUBLIC LAW 95 - 109: Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.