**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| STEPHEN HOLZMAN, *on behalf of himself and all others similarly situated,* )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MALCOLM S. GERALD & ASSOCIATES, INC. )<br>and LVNV FUNDING, LLC, )<br>)<br>Defendants. )<br>_____ ) | Case No. 9:16-cv-80643-RLR |

**NOTICE OF APPEAL**

Plaintiff Stephen Holzman hereby gives notice that he appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's September 9, 2016 order (Doc. 34) and the orally delivered opinion referenced therein, granting Defendant's motion to dismiss.

Dated: October 5, 2016.                    Respectfully submitted,

                                             /s/ Alex D. Weisberg
                                            ALEX D. WEISBERG
                                            FBN: 0566551
                                            Weisberg Consumer Law Group, PA
                                            Attorneys for Plaintiff
                                            5846 S. Flamingo Rd, Ste. 290
                                            Cooper City, FL 33330
                                            (954) 212-2184
                                            (866) 577-0963 fax
                                            aweisberg@afclaw.com

## **CERTIFICATE OF SERVICE**

      I certify that on October 5, 2016, the foregoing Notice of Appeal was filed with the Court using CM/ECF, which will send notice of such filing to:

Dale T. Golden
Golden Scaz Gagain, PLLC
201 North Armenia Ave.
Tampa FL 33609
dgolden@gsgfirm.com

                                           s/ Tremain Davis
                                           Tremain Davis