# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 09, 2017

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 16-16511-EE
Case Style: Stephen Holzman v. Malcolm S. Gerald & Associates, et al
District Court Docket No: 9:16-cv-80643-RLR

The referenced appeal was dismissed on 02/01/2017.

Enclosed herewith is a certified copy of this court's order reinstating this appeal.

Appellee's brief is due 30 days from the date of this letter.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Elora Jackson, EE
Phone #: (404) 335-6173

REINST-1 Appeal Reinstated

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-16511-EE

_____

STEPHEN HOLZMAN,

                Plaintiff - Appellant,

versus

MALCOLM S. GERALD & ASSOCIATES, INC.,
LVNV FUNDING, LLC,

                Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before: TJOFLAT and HULL, Circuit Judges.

BY THE COURT:

 Appellant's motion to set aside dismissal and remedy default is GRANTED.